CHESTERFIELD COUNTY CIRCUIT COURT

Commonwealth of Virginia

CR19F02077-01

v

Lois Yankah

## MOTION TO DISMISS

I, the undersigned defendant submits this motion to dismiss by reason of the ff;

1) On or about March 1, 2018 defendant was informed her charges were been certified to the Circuit Court from General District Court

2) On or about July 15, 2019 the Circuit Court did not hold a hearing on her charges or notify her to appear September 16, 2019

3) Defendant was not notified by the Circuit Court verbally or in writing to appear in General District Court on July 15, 2019

4) Defendant did not unlawfully and feloniously fail to appear before the General District Court on July 15, 2019 because she was not notified (Please reference exhibit 3, amendment to notice of remand)

5) Defendant's bond was also revoked for the same reason

6) It was erroneous for the Circuit Court to move defendants case to General District or schedule court there without proper notice

7) It was erroneous for the court to revoke her bond, hold her without bail and refuse/deny her motion for immediate release from custody for not appearing in General District Court July 15, 2019

Wherefore defendant petitions for dismissal and discharge of the indictment, failure to appear charge; CR19F02077-01 and order her immediate release from custody.

Respectfully Submitted

Lois Yankah

CERTIFICATE OF SERVICE

I, the undersigned defendant certifies that on this 7/20/23 a true copy of this motion to dismiss was mailed to;

1) Wendy Hughes
Chesterfield County Circuit Court
9500 Courthouse Road
Chesterfield, VA 23832

2) Clerk
U.S. District Court
701 E. Broad St
Suite 3000
Richmond, VA 23219

3) Stacey Davenport
Commonwealth Attorney
P.O. Box 25
Chesterfield, VA 23832

through the jail mail system.

Respectfully Submitted

Lois Yarkah

Pro Se

7/20/23