IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

COMMONWEALTH OF VIRGINIA,

v.  Civil No. 3:23cr59 (DJN)

LOIS ABA YANKAH,
      Defendant.

**ORDER**
**(Denying Motion to Dismiss as Moot)**

This matter comes before the Court on Defendant Lois Aba Yankah's ("Defendant") Motion to Dismiss the Indictment (the "Motion" (ECF No. 5)). On May 19, 2023, this Court summarily remanded this case to the Chesterfield County Circuit Court pursuant to 28 U.S.C. § 1455(b)(4). (ECF No. 2.) The Court declined to disturb that summary remand in a subsequent Order on July 27, 2023. (ECF No. 6.) Because this Court does not exercise jurisdiction over the Commonwealth's suit against Defendant, Defendant's Motion is hereby DENIED AS MOOT.

This case remains CLOSED.

Let the Clerk file a copy of this Memorandum Order electronically and send a copy to Yankah and to the Chesterfield County Circuit Court.

It is so ORDERED.

                                                         /s/
                                       David J. Novak
                                       United States District Judge

Richmond, Virginia
Dated: July 28, 2023